UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PCM SALES, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 3:14-cv-02806-L |
| v. | § § | |
| QUADBRIDGE, INC., | § § | |
| Defendant. | § § | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

**WHEREAS,** Plaintiff PCM Sales, Inc. ("PCM") and Quadbridge, Inc. ("Quadbridge") have settled the above-captioned matter;

**IT IS HEREBY STIPULATED** by and between PCM and Quadbridge, that the above-captioned lawsuit shall be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Settlement Agreement between the parties executed as of October 28, 2016, a copy of which is hereby filed under seal as Exhibit PCM-1.

Respectfully submitted,

_/s/ Kimberly S. Moore_
**JOSEPH G. SCHMITT**
Minnesota State Bar No. 231447
*Admitted pro hac vice*
jschmitt@nilanjohnson.com
**KATIE M. CONNOLLY**
Minnesota State Bar No. 0338357
*Admitted pro hac vice*
kconnolly@nilanjohnson.com
**JEREMY D. ROBB**
Minnesota State Bar No. 0393083
*Admitted pro hac vice*

jrobb@nilanjohnson.com
**NILAN JOHNSON LEWIS PA**
120 South Sixth Street
Suite 400
Minneapolis, MN 55402
612.305.7500
612.305.7501 Fax

and

**KIMBERLY S. MOORE**
State Bar No. 00784629
Kim.moore@strasburger.com
**STRASBURGER & PRICE, LLP**
2600 Dallas Parkway
Suite 600
Frisco, TX 7534
469.287.3900
469.287.3999 Fax

**ATTORNEY FOR PLAINTIFF**

*/s/ Douglas C. Bracken*
**SCHEEF & STONE, LLP**
Douglas C. Bracken
Texas Bar No.00783697
Brenda Barton Neuwirt
Texas Bar. No. 24006807
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Phone: 214-706-4250
Fax: 214-706-4242
douglas.bracken@solidcounsel.com

**ATTORNEYS FOR DEFENDANT QUADBRIDGE, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this, the 18th day of November, 2016, a true and correct copy of the above and foregoing document has been file via the court's ECF system and notice of same was served on all parties of record.

*/s/ Kimberly S. Moore*
Kimberly S. Moore